Case: 2:09cv2198

```
FILED _____ ___GED
___ RECEIVED ___ ___
     OCT 28 2009
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ M DEPUTY
```

Rachael A Earl
881 North Sunnyvale Avenue         #3,4,5
Gilbert, AZ 85234


**CLERK, UNITED STATES DISTRICT COURT**
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED
OCT 28 2009
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA



012H1...
$00
10/2...
Mailed Fr...
OS PC

```
NIXIE      850    DE 1      00 10/27
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 85003213099       *1394-05538-23
```

85234@2159 R@@5
85003@2130