```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    FEB 2 6 2010

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

Rachael Earl
1311 S. Claiborne Ave.
Gilbert, AZ 85296

# IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rachael A. Earl | ) |
| | ) |
| | ) |
| | ) |
| | ) *CV09-2198-PHX-MHM* |
| **PLAINTIFF** | ) Case No. 09-2109-PHX-MHM |
| **V.** | ) |
| WACHOVIA MORTGAAGE FSB, f/k/a | ) **DEFENDANT'S MOTION FOR** |
| WORLD SAVINGS BANK; MTC | ) **ENLARGEMENT OF TIME** |
| FINANCIAL INC. dba TRUSTEE | ) |
| CORPS; JOHN DOE AND JANE DOE | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| **DEFENDANT** | ) |

---

## MOTION FOR ENLARGEMENT OF TIME

### CERTIFICATE OF SERVICE

Plaintiff hereby declares that the above referenced document has been sent to the

address listed below and served by U.S. Certified Mail Registered Number

_____.

William F. Hyder, SBN 002194
7301 North 16th Street, Suite 103
Phoenix, Arizona 85020

*Rachael Earl*

Rachael A. Earl